# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

December 6, 2022

LETTER TO COUNSEL

      Re:    *United States of America v. Steven Umberto Angelini*
              Criminal No.:  ELH-22-0249

Dear Counsel:

The defendant was indicted on July 13, 2022.  ECF 13.  But, it does not appear that the defendant has been arraigned.  By **December 20, 2022**, I ask that you provide me with a status report.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/

Ellen Lipton Hollander
United States District Judge

ELH/kw